[No. 16459-1-II.    Division Two.    March 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
BRIAN LEE YOST, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 92-1-00138-9, Don L. McCulloch, J., entered August 31, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Alexander, J.

[No. 16444-2-II.    Division Two.    March 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
DANIEL LOVE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 277735R060, Karen L. Strombom, J., entered August 11, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Houghton, J.

[No. 16397-7-II.    Division Two.    March 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
LEON LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-03599-9, E. Albert Morrison, J., entered August 31, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Alexander, J.